UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANNY ARMANDO RUEDA,<br><br>              Petitioner,<br><br>       v.<br><br>TONYA ANDREWS, Warden of Golden State Annex, *et al.*,<br><br>              Respondents. | Case No.  1:26-cv-0705  (VC)<br><br>**ORDER RE PETITION FOR WRIT OF HABEAS CORPUS AND MOTION FOR IMMEDIATE RELEASE**<br><br>Re: Dkt. No. 1 |

The Court is in receipt of Petitioner's Motion for a Temporary Restraining Order and Injunction ("TRO"). Respondents shall file a response to the TRO by May 19, 2026. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Petitioner may file a reply by 12:00 p.m. PST, May 21, 2026. Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the TRO and Petition are pending. This matter is not set for a hearing though the Court may set one should it later be determined that a hearing is necessary. Counsel for Respondents shall promptly enter notices of appearance.

         **IT IS SO ORDERED.**

Dated: May 14, 2026

_____
VINCE CHHABRIA
United States District Judge